THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE FARMERS' LOAN AND TRUST COMPANY et al., as Executors of and Trustees under the Will of EUGENE A. HOFFMAN, Deceased, Appellants, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Farmers' L. & T. Co.* v. *Wells,* 94 App. Div. 463, affirmed.
(Argued October 4, 1904; decided October 18, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1904, which affirmed an order of Special Term confirming an assessment for taxation of personal property.

*William H. Harris* and *Paul R. Towne* for appellants.

*John J. Delany, Corporation Counsel* (*George S. Coleman* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ. Absent: GRAY, J.